AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Amanda McElwee, et al., *Plaintiff* | ) ) ) ) ) ) |
| v. | Civil Action No. 2:21-cv-1265 |
| Bryan Cowdery, Inc., et al. *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Plaintiffs Amanda McElwee, Kendall Harris and Scott Edwards and the 51 opt-in Plaintiffs have accepted the attached offer of judgment. Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiffs request that the Clerk enter Judgment in this case for the fifty-four (54) Plaintiffs and against Defendant Bryan Cowdery Inc. and Defendant Bryan Cowdery, jointly and severally, in the amount of $25,000, with the exception of the issue of attorney's fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Accepted by Judge Sarah D. Morrison on a Notice of Filing Accepted Offer of Judgment, ECF No. 112.

Date: 09/26/2023

*CLERK OF COURT*

s/Maria Rossi Cook

*Signature of Clerk or Deputy Clerk*